**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

     VS                                      CASE NO.  4:05CR50-RH

CRAIG ROBERT WIGGEN & WILLIAM
JOSHUA BOYD

**NOTICE**

TAKE NOTICE that the proceeding in this case has been **continued** as indicated below:

| | |
|---|---|
| Place: | United States Courthouse <br> 111 North Adams St. <br> Tallahassee, Florida 32301 |
| Room No: | Check with Security Desk |

| | | | |
|---|---|---|---|
| New Date: | **February 15, 2006** | Previous Date: | February 1, 2006 |
| New Time: | **10:00 AM** | Previous Time: | 10:00 AM |

Type of Proceeding:  SENTENCING

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                                    WILLIAM M. McCOOL, CLERK OF COURT

<u>January 30, 2006</u>           <u>s/Anita Sullivan</u>
DATE                       Deputy Clerk:

Copies to:
Robert Morris; Randy Murrell, AUSA
Nesmith
USPO, USM

Document No.