UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE FLORIDA

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 4:05CR50-01

CRAIG ROBERT WIGGEN, JR.,

Defendant.

_____/

**MOTION TO CONTINUE**

**COMES NOW** the Defendant Craig Robert Wiggen by and through the undersigned counsel and moves this Court for a continuance of the sentencing in this matter and as grounds therefore would state and allege as follows:

1. The above-styled matter is currently scheduled for sentencing before this Court at 10:00 a.m. on today's date.

2. The undersigned was contacted via telephone at 5:15 a.m. this morning and advised by Mr. Wiggen's father that Mr. Wiggen had been hospitalized as the result of an apparent overdose and/or attempted suicide.

3. The undersigned has confirmed that Mr. Wiggen is currently in the emergency room at Tallahassee Memorial Hospital. He is currently under observation by an attending psychiatrist and it is anticipated that he will be involuntarily committed under the Baker Act.

4. The undersigned certifies that this Motion is made in good faith and not solely for the purposes of delay.

SCANNED/POSTED/RETURNED IN FLND

Date 2/15/06    By Jrff K

**WHEREFORE** the undersigned would respectfully request that this Court enter and order continuing the sentencing in this matter.

Respectfully submitted,

ROBERT A. MORRIS
Banks & Morris, P.A.
Florida Bar No. 0144680
810 Thomasville Road
Tallahassee, FL 32301
(850) 681-1010

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by electronic format and hand delivery to the office of Assistant United States Attorney Winifred L. Acosta-NeSmith and Federal Public Defender Randolph Murrell, this 15th day of February, 2006.

Respectfully submitted,

ROBERT A. MORRIS
Banks & Morris, P.A.
Florida Bar No. 0144680
810 Thomasville Road
Tallahassee, FL 32301
(850) 681-1010

Attorney for Defendant