UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    VS                                                          CASE NO.  4:05cr50-RH/WCS

CRAIG ROBERT WIGGEN, JR., et al.,

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | United States Courthouse<br>111 North Adams St.<br>Tallahassee, Florida 32301 |
| Room No: | Courtroom 5 East |
| Date: | February 15, 2006 |
| Time: | 10:00 a.m. |
| Type of Proceeding: | Hearing on Motion to Continue/Sentencing |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                                                                  WILLIAM M. McCOOL, CLERK OF COURT

<u>February 15, 2006</u>                  <u>s/Pam Lourcey</u>
DATE                                     Deputy Clerk: Pam Lourcey

Document No.