# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. 4:05-cr-50-RH                                         Time Commenced: 10:00
Date    02/15/06                                                Time Concluded: 10:15

PROCEEDINGS: Sentencing Hearing Held for defendants    William Joshua Boyd Stetson , and Defendants sentenced
Motion for Continuance from Defendants Wiggen,& Stetson- Motion Granted
Sentencing Reset for March 8, 2006 at 12:45pm

---

PRESENT:     HON.    **ROBERT L. HINKLE**    Chief JUDGE

_David L. Thomas_            Judy Gagnon            ___Winifred Nesmith_____
Deputy Clerk                 Court Reporter         Asst. U.S. Attorney

_ Cindy Wilson_____     _____
Probation Officer                Interpreter            **for language:**

---

U.S.A v. (DEFENDANT LISTED BELOW)                ATTORNEYS FOR DEFENDANT

**Craig Robert Wiggen Jr(Not Present)**          (1) Alex Morris (Wiggen)
**William Joshua Boyd Stetson**(Present)          (2) Randy Murrell (Stetson) Appt
__x_ present __custody ___ bond ___ O/R          __x_ present ___ apptd. ___ retained

_____DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

_____ Objections were made to the PSR.

_____ Motion for Substantial assistance filed (5K1.1)

_____ Notice of Enhancement filed        _____ Court Question defendant about prior conviction

_____ Report & Recommendation of US Magistrate Judge is Accepted ____ Court Accepts Guilty Plea

_____ DEFENDANT(s) ADJUDICATED GUILTY OF COUNT(S): _____;  SENTENCE IMPOSED:

____ DEFENDANT           Sentence:
on count(s)    __ imprisonment for a term of          months.
               ____ imprisonment for a term of _____ months
               imprisonment for a term of         months
               ____ imprisonment for a term of _____ months

with said sentences to run _____ concurrently or _____ consecutively

___ Additional recommendation:
___ Substance Abuse Treatment while in the custody of BOP
___ Intensive Confinement Center (ICC)

___ FINE PAYMENT: ___ Fine waived; _x__ Fine of $_____; ___ SMA OF $__100.00_____ due immediately

___ Defendant is liable for restitution of:
$_____      made payable to _____
$_____ made payable to _____
$_____ made payable to _____

___ Defendant is jointly and severally liable for restitution with_____

**SENTENCING MINUTES CONTINUED**                                                                                               **PAGE 2**

___   SUPERVISED RELEASE or PROBATION.:

____   Defendant                is under Supervised Release upon Completion of a term of imprisonment for a period of ___ years.  SMA of $
           Defendant       is under Supervised Release upon Completion of a term of imprisonment for a period of  years.

With the following special conditions or modifications:
___   DFT to be deported upon release from BOP
___   DFT shall cooperate with the US Probation Officer and the INS regarding Immigration status
__    DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
__    DFT shall not own or possess a firearm, dangerous weapon or destructive device.
      DFT shall submit to testing for the use of drugs or alcohol;
___   Substance abuse treatment as my be directed by US Probation Officer;
___   Mental Health treatment if deemed necessary by the Probation Officer.
__    DFT shall provide requested financial information to the U.S. Probation Officer.
__    DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
___   Upon release dft to: maintain employment or enroll as full-time student; ___ complete High School Education.
__    DFT shall notify the probation officer ten days prior to any change of residence or employment.
__x   DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
___   ADDITIONAL TERMS:

CUSTODY STATUS
___   DFT    committed to the custody of the U.S. Department of Justice.

__    DFT    to surrender to USMS at _Tallahassee FL.___ or_____ designated institution at his/her own expense no later than _    PM_ on ___.
_ _   DFT remains on bond with __X_ the same terms and conditions or ____ modified terms as follows:

___   Remaining count(s):  as to                                               _ on government motion.**.**
      As to                                                                 on government motion.

___   Court informs Dft of right to appeal.
      _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

___   Court to recommend  place of incarceration at / near Dayton Beach FL as to Defendant Washington_.

-