# United States District Court
CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. __4:05cr50__  Time Commenced: _12:48 pm_
Date __March 8, 2006__  Time Concluded: __3:49 pm__

**PROCEEDINGS:** Sentencing Hearing Held. 21 months custody BOP; 3 years Supervised Release upon completion of term of imprisonment; SMA of $200.00; Restitution in the amount of $5487.90; self-surrender date of 5/8/2006.

---

PRESENT:   HON. __**JUDGE ROBERT L. HINKLE**__ Presiding

| __Kimberly Callaway__ | __Judy Gagnon__ | __Winifred Acosta Nesmith__ |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| __Cindy Wilson__ | _____ |
|---|---|
| Probation Officer | Interpreter |

---

U.S.A v. WIGGEN et al        ATTORNEYS FOR DEFENDANT

(1) __CRAIG ROBERT WIGGEN, JR.__        (1) __ROBERT ALEX MORRIS__
  ✔ present __ custody __ bond ___ O/R          ✔ present __ apptd. **X** retained

(2) __WILLIAM JOSHUA BOYD STETSON__        (2) __RANDOLPH P MURRELL__
  _x_ present __ custody __ bond __ O/R          _x_ present _x_ appd ___ retained

**As to Defendant Craig Robert Wiggen, Jr.:**

✔   DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

_X_   Objections were made to the PSR.

___   Motion for Substantial assistance filed (5K1.1)

___   Notice of Enhancement filed  _____ Court Question defendant about prior conviction

___   Report & Recommendation of US Magistrate Judge is Accepted ____ Court Accepts Guilty Plea

_x_   DEFENDANT ADJUDICATED GUILTY OF COUNT(S): __1, 2__; SENTENCE IMPOSED:

_x_   DFT remanded to custody of Bureau of Prisons
      on count(s)  __1,2__ imprisonment for a term of __21__ months
      ____ imprisonment for a term of _____ months

    with said sentences to run __x__ concurrently or _____ consecutively

_x_   Additional recommendation:
     _x_ Substance Abuse Treatment while in the custody of BOP
     ___ Intensive Confinement Center (ICC)

_x_   FINE PAYMENT: _x_ Fine waived; ___ Fine of $_____; _x_ SMA OF $ _200.00_ due immediately

_x_   Dft is liable for restitution of:
      $ __5487.90__ made payable to _____
      $_____ made payable to _____

$_____ made payable to _____

  x    DFT is jointly and severally liable for restitution with  William Joshua Boyd Stetson .

x    S/R or PROBATION.  Dft is under
    x Supervised Release upon completion of term of imprisonment for a period of   3   years.
    ___ Probation for a period of _____ years.
    ___ Home Detention of _____ months

With the following special conditions or modifications:
- ___ DFT to be deported upon release from BOP
- ___ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status
  - If removed dft shall not re-enter the United States without permission of the Attorney General
-  x DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
-  x DFT shall not own or possess a firearm, dangerous weapon or destructive device.
-  x DFT shall submit to:  x testing for the use of drugs or alcohol;
  -  x Substance abuse treatment as my be directed by US Probation Officer;
  -  x Mental Health treatment if deemed necessary by the Probation Officer.
-  x DFT shall provide requested financial information to the U.S. Probation Officer.
-  x DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
- ___ Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
- ___ DFT shall notify the probation officer ten days prior to any change of residence or employment.
- ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
-  x ADDITIONAL TERMS:
  - $155.00 Restitution payment per month is to begin within 60 days of release;
  - Criminal forfeiture of the computer, skimmer, and key capture.

x    CUSTODY STATUS
    ___    DFT committed to the custody of the U.S. Department of Justice.
     x DFT to surrender to USMS at _____ or  x designated institution at his/her own expense no later than  2:00 pm on  5/8/2006 .
     x DFT remains on bond with ___ the same terms and conditions or  x  modified terms as follows:
    Defendant is restricted to the Northern and Middle Districts of Florida until incarceration.

___    Remaining count(s) _____ are dismissed on government motion.

x    Court informs Dft of right to appeal.
    _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

x    Defense Attorney shall file notice with the court on whether the Defendant does or doesn't want to appeal

x    Court recommends place of incarceration at / near         Daytona, Florida       .

**Sentencing Hearing, Page 1**
**March 8, 2006**

12:48 Court in Session

12:55 Government witness
    Tamara Thompson; sworn, direct
        Government exhibits: A, B (Computer Print-out, Transcripts of Stetson & Wiggen interviews); marked, ID, and admitted

1:18 Cross by Defense (Morris)

1:26 Cross by Defense (Murrell)

1:28 Redirect by Plaintiff

1:30 Witness questioned by Judge Hinkle

1:31 Defense witness: (Morris)
    Craig Robert Wiggen, Jr; sworn, direct

1:42 Cross by Defense (Murrell).

1:45 Cross by Government

1:47 Court in Recess

2:02 Court in Session; continuation of cross examination by Government

2:06 Redirect by Defense (Morris)

2:10 Defense (Murrell) has no witnesses but does have exhibits to move into evidence.

Evidence submitted by Defense (Morris) 1; marked, ID, admitted
Evidence submitted by Defense (Murrell) 1, 2, 3, 4; marked, ID, admitted

Govt objets to minor role adjustment

2:13 Argument by Defense (Morris)

2:19  Argument by Defense (Murrell)

2:37 Additional argument made by Defense (Morris)

2:39 Argument by Government - government's objection to minor role adjustment and downward departure.

2:45 Rebuttal by Defense (Murrell)

2:47 Rebuttal by Defense (Morris)

2:48 Sentence parameters announced by Judge Hinkle

2:57 Statement made by Defense (Morris)

**Sentencing Hearing, Page 2**
**March 8, 2006**

3:07 Statement read by Defendant Wiggen

3:08 Statement made by Craig Wiggen, Sr. (Defendant Wiggen's father)

3:10 Statement read by Holly Dodson (Defendant Stetson's fiancé)

3:12 Statement made by Jan Stetson (Defendant Stetson's mother)

3:15 Statement made by Defendant Stetson

3:18 Statement made by Defense (Murrell)

3:25 Closing argument made by Government

3:27 Rebuttal made by Defense (Murrell)

3:29 Sentence announced by Judge Hinkle; explained by Judge Hinkle

Initials of Deputy Clerk  KJC