*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  Page 3 of 11
*4:05cr50 - CRAIG ROBERT WIGGEN, JR.*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **21 months on Counts 1 and 2, to run concurrently with each other.**

The Court recommends to the Bureau of Prisons **in order of priority**:

1. **That Defendant have a mental health evaluation and treatment as appropriate while in the custody of the Bureau of Prisons.**
2. **That Defendant participate in a Residential Drug Abuse Program while in the custody of the Bureau of Prisons.**
3. **That Defendant be designated to a facility as near as possible to Daytona Beach, Florida.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **by 2:00 P.M. on or before May 8, 2006.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __7-31-06__ to __FCI MIA, FL__

at _____, with a certified copy of this judgment.

for Warden Pastrana
UNITED STATES MARSHAL

By: ___MA Lawrence ISS___
Deputy U.S. Marshal