UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

                            Case No. 4:05cr50

vs.

Craig Wiggen,

    Defendant.
_____/

## NOTICE OF FILING

Plaintiff, United States of America, through the below named attorney, hereby files a Release of Lien in the above-styled case.

## CERTIFICATE OF SERVICE

On January 5, 2009, a copy of this Notice of Filing was mailed to the Defendant, 608 Kyle Street, Tallahassee, Florida 32304.

                                                Respectfully submitted,

                                                THOMAS F. KIRWIN
                                                Acting United States Attorney

                                                Marc Sprowls
                                                Assistant United States Attorney
                                                Florida Bar: 232688
                                                111 North Adams Street, Fourth Floor
                                                Tallahassee, Florida 32301
                                                Phone: (850) 942-8430
                                                Fax: (850) 942-8466

DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
FOR THE NORTHERN DISTRICT OF FLORIDA

# CERTIFICATE OF RELEASE OF LIEN

I hereby certify that as to the following named debtor, the requirements of Section 3613 of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien or Judgment was recorded on **June 22, 2007, Book 3724, Page 617**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:   Craig Wiggen

Residence:           Tallahassee, Florida  32304

Court Imposing Judgment: U.S. District Court for the Northern District of Florida

Court Number:        4:05cr50

Total Amount of Fine or Penalty:   SMA $200.00, Restitution $5,487.90

Place of Filing:     Leon County Clerk of Court
                     301 South Monroe Street
                     Tallahassee, Florida  32301

WITNESS my hand at Tallahassee, Florida, on this, the 6th day of January, 2008.

*Alan Sprowls*
Assistant United States Attorney
Florida Bar 262688
111 North Adams Street, 4th Floor
Tallahassee, Florida  32301
(850) 942-8430