**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

vs.                                                  CASE NO. 4:05cr50-01

CRAIG ROBERT WIGGEN, JR.,

_____/

STIPULATED MOTION TO TERMINATE SUPERVISION

COMES NOW the Defendant and moves this Honorable Court to terminate his supervised release in this cause, and as grounds therefore would state and allege as follows:

1. The above-named Defendant was sentenced on March 8, 2006.

2. The Defendant is in full compliance with his supervised release and has paid all monetary obligations including restitution.

3. The undersigned has conferred with United States Assistant State Attorney Winifred Acosta Nesmith and she has no objection to the Defendant's supervision being terminated and Mr. Wiggen's supervision officer has been consulted and has no objection or reservation related to the termination of his supervision.

4. The Co-Defendant in the above-styled cause supervision has already been terminated.

5. The undersigned would respectfully request that this Court enter an Order terminating the Defendant's supervision.

WHEREFORE, the Defendant moves this Honorable Court to enter an Order terminating his supervision in this cause.

RESPECTFULLY SUBMITTED,

//s Robert A. Morris_____
ROBERT A. MORRIS, ESQUIRE
BANKS & MORRIS, P.A.
FLA BAR NO. 0144680
810 THOMASVILLE ROAD
Tallahassee, Florida 32303
(850) 681-1010
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been delivered by HAND DELIVERY to Winifred Acosta Nesmith, Esq., United States Attorney's Office, 111 N. Adams Street, 4th Floor, Tallahassee, Florida 32301, on this 18th day of September, 2009.

//s Robert A. Morris_____
ROBERT A. MORRIS, ESQUIRE